UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| BILLY GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.:   1:20-cv-139 |
| | ) | |
| WILDWOOD INVESTMENT | ) | |
| PROPERTIES, LLC and BRAD PEPPLE, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Come now the parties and stipulate to the dismissal of the above-entitled cause of action,

with prejudice, costs paid.


/s/ Christopher E. Clark_____             /s/ Scott E. Andres_____
Christopher E. Clark                                                 Scott E. Andres, Attorney No. 25261-49
GOODIN ABERNATHY, LLP                                   DUE DOYLE FANNING & ALDERFER LLP
301 East 38th Street                                                8440 Allison Pointe Boulevard, Suite 350
Indianapolis, IN 46205                                            Indianapolis, IN   46250
cclark@goodinabernathy.com                              sandres@duedoyle.com

*Attorney for Plaintiff, Billy Green*                         *Attorney for Defendants, Wildwood*
                                                                                *Investment Properties, LLC and Brad*
                                                                                *Pepple*